# UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF TENNESSEE

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 10/14/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Shang (nmn) Thammavongsa
fdba Oriental Food Market
6565 Premier Dr
Apt J–2
Nashville, TN 37209

| Case Number:<br>3:10−bk−11108 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−1113 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>LEWIS GLENN BURNETT<br>4800 CHARLOTTE AVE<br>NASHVILLE, TN 37209<br>Telephone number: 615 279−0007 | Bankruptcy Trustee (name and address):<br>THOMAS LARRY EDMONDSON SR<br>T. LARRY EDMONDSON ATTORNEY AT LAW<br>800 BROADWAY 3D FL<br>NASHVILLE, TN 37203<br>Telephone number: 615 254−3765 |

## Meeting of Creditors

Date: **November 15, 2010**        Time: **08:00 AM**
Location: **Customs House, 701 Broadway, Room 100, Nashville, TN 37203**

Language interpretation at the meeting of creditors will be provided at no cost upon request to the Chapter 7, 12, or 13 Trustee AND U.S. Trustee as soon as possible but preferably within seven (7) days after the commencement of the case. Request Forms may be obtained from the U.S. Trustee or under "U.S. Trustee Info" on the Court´s website at <www.tnmb.uscourts.gov>.

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The Presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 1/14/11**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>701 Broadway Room 170<br>Nashville, TN 37203<br>Telephone number: 615−736−5584 | For the Court:<br>Clerk of the Bankruptcy Court:<br>MATTHEW T. LOUGHNEY |
|---|---|
| Hours Open: Monday – Friday 8:00 AM – 4:00 PM | Date: 10/15/10 |

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

# CERTIFICATE OF NOTICE

```
District/off: 0650-3           User: sba1848              Page 1 of 1            Date Rcvd: Oct 15, 2010
Case: 10-11108                 Form ID: b9a               Total Noticed: 24
```

The following entities were noticed by first class mail on Oct 17, 2010.
```
db          +Shang (nmn) Thammavongsa,   6565 Premier Dr,   Apt J-2,   Nashville, TN 37209-2935
aty         +LEWIS GLENN BURNETT,   4800 CHARLOTTE AVE,   NASHVILLE, TN 37209-3412
4120316     +Bellsouth Telecommunications,   POB 07009,   Huntsville AL 35807-1009
4120317     +Chancery Court Clerk,   Suite 308,   1 Public Square,   Nashville TN 37201-5000
4120322     +Mendelson Law Firm,   Cedarcrest Capital,   POB 17235,   Memphis TN 38187-0235
4120323     +NARS,   POB 701,   Chesterfield MO 63006-0701
4120324     +Northland Group,   POB 390846,   Minneapolis MN 55439-0846
4120325     +Pentagroup Financial, LLC,   Arrow Financial/Rhodes,   3065 Union Rd,
              Orchard Park NY 14127-1214
4120326     +Professional Recovery Services,   POB 1880,   Voorhees NJ 08043-7880
4120328     +Tate & Kirlin Associates,   GMAC,   2810 Southhampton Rd,   Philadelphia PA 19154-1207
4120329     +The Rose Law Firm,   Safeco/Liberty Mutual,   POB 5560,   Hopkins MN 55343-0492
4120330     +Tri-Star Waster System,   POB 90168,   Nashville TN 37209-0168
4120331     +Troy Capital LLC/Buffaloe & Associates,   Chase Bank,   201 4th Ave North, Ste 1300,
              Nashville TN 37219-2090
4120332     +Van Ru Credit Corp,   11745 W Bradley Rd,   Milwaukee WI 53224-2531
```

The following entities were noticed by electronic transmission on Oct 15, 2010.
```
tr          +EDI: QTLEDMONDSON.COM Oct 15 2010 20:23:00      THOMAS LARRY EDMONDSON, SR,
              T. LARRY EDMONDSON ATTORNEY AT LAW,   800 BROADWAY 3D FL,   NASHVILLE, TN 37203-3835
4120312     +EDI: ACCE.COM Oct 15 2010 20:28:00      Asset Acceptance,   Z-Tel,   POB 2036,
              Warren MI 48090-2036
4120313     +EDI: BANKAMER2.COM Oct 15 2010 20:23:00      Bank of America,   POB 15102,
              Wilmington DE 19886-5102
4120314     +EDI: BANKAMER2.COM Oct 15 2010 20:23:00      Bank of America,   POB 15726,
              Wilmington DE 19886-5726
4120315     +EDI: BANKAMER.COM Oct 15 2010 20:23:00      Bank of America (Visa),   POB 15710,
              Wilmington DE 19886-5710
4120318     +EDI: CHASE.COM Oct 15 2010 20:23:00      Chase,   POB 15548,   Wilmington DE 19886-5548
4120319     +EDI: GMACFS.COM Oct 15 2010 20:23:00      GMAC,   POB 78369,   Phoenix AZ 85062-8369
4120320     +EDI: BANKAMER2.COM Oct 15 2010 20:23:00      MBNA/Bank of America,   Portfolio Recovery,
              POB 12914,   Norfolk VA 23541-0914
4120321     +EDI: MID8.COM Oct 15 2010 20:28:00      MCM,   Dept 12421,   POB 603,   Oaks PA 19456-0603
4120327     +EDI: RRSB.COM Oct 15 2010 20:23:00      Redline Recovery,   11675 Rainwater Drive,   Suite 350,
              Alpharetta GA 30009-8693
                                                                                              TOTAL: 10
```

```
                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 17, 2010**          **Signature:**          *Joseph Speetjens*